UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| QUINCY JACKSON,<br>Petitioner | CIVIL ACTION NO. 5:18-CV-493-P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| WARDEN,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objection thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus filed under 28 U.S.C. § 2254 is hereby **DISMISSED** without prejudice.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 15th day of August, 2018.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE